John F. LANKFORD, Appellant,

v.

INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-
CIO et al., Appellees.

No. 18539.

United States Court of Appeals
Fifth Circuit.

July 19, 1961.

Rehearing Denied Aug. 25, 1961.

C. V. Stelzenmuller, Birmingham, Ala.,
Moore, Thomas, Taliaferro, Forman &
Burr, Birmingham, Ala., of counsel, for
appellant.

Jerome A. Cooper, Birmingham, Ala.,
Louis Sherman, Washington, D. C.,
Cooper, Mitch, Black & Crawford, Bir-
mingham, Ala., for appellees.

Before CAMERON and WISDOM,
Circuit Judges, and THOMAS, District
Judge.

PER CURIAM.

This is an action for damages under
the Landrum-Griffin Act, 29 U.S.C.A. §
401 et seq., for the wrongful expulsion
of a member from a labor union. The
plaintiff was expelled August 10, 1959;
the Act became law September 14, 1959.
The district judge dismissed the original
complaint on the ground that the Act
became effective after the plaintiff's res-
ignation and expulsion, but allowed the
plaintiff twenty days within which to
amend his complaint. The amended com-
plaint raises a number of new questions.
All of these are adequately considered in
the opinion of the trial judge, which we
adopt in full.

The judgment of the district court is
Affirmed.